UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMPSON

VERSUS

LEBLANC, ET AL.

CIVIL ACTION

19-566-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated October 18, 2021 to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment* is hereby GRANTED and all of the Plaintiff's claims against all Defendants are dismissed.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any state law claims and this matter is to be DISMISSED without prejudice.

Signed in Baton Rouge, Louisiana the 22 day of November, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 51.
[2] Rec. Doc. 55.
[3] Rec. Doc. 57.